ERIC A. LINDEN (*Pro Hac Vice* pending)
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI  48034
Telephone:  (248) 351-3000
Facsimile:  (248) 351-3082
Email:  elinden@jaffelaw.com

T. SCOTT BELDEN, SBN 184387
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4500 California Ave., Second Floor
Bakersfield, CA  93309
Telephone:  (661) 395-1000
Facsimile:   (661) 326-0418
Email:  sbelden@kleinlaw.com

*Attorneys for Plaintiff, Payment Systems Worldwide*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAYMENT SYSTEMS WORLDWIDE, a California corporation, | Case No. 11cv01082 OWW |
| Plaintiff, | STIPULATED ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF PENNSYLVANIA |
| PREMIER PAYMENTS ONLINE, INC., a Pennsylvania corporation, | |
| Defendant. | |

This matter, having come before the Court upon the parties' stipulation, and the Court, being advised that there is an earlier-filed action involving the same parties pending in the Eastern District of Pennsylvania, Case No. 11-3429-MMB assigned to the Honorable Michael M. Baylson (the "Pennsylvania Action"), and Judge Baylson having determined not to dismiss

the Pennsylvania Action, and the parties, having therefore stipulated to transfer this case to the Eastern District of Pennsylvania so it can be consolidated with the Pennsylvania Action, and the Court, being otherwise fully informed.

IT IS SO STIPULATED:

DATED:  August  _16_, 2011               DATED:  August _15_, 2011

/s/ T. Scott Belden                              /s/ Steven E. Young
T. SCOTT BELDEN, SBN 184387          STEVEN E. YOUNG, SBN 63278
KLEIN, DENATALE, GOLDNER,            ARMEN G. MITILIAN, SBN 203191
 COOPER, ROSENLIEB & KIMBALL, LLP    FREEMAN, FREEMAN & SMILEY LLP
4500 California Ave., Second Floor    3415 S. Sepulveda Blvd., Suite 1200
Bakersfield, CA  93309                Los Angeles, CA  90034
Telephone:  (661) 395-1000            Telephone:  (310) 255-6129
Facsimile:  (661) 326-0418            Facsimile:  (310) 391-4042
Email:  sbelden@kleinlaw.com          Email:  agm@ffslaw.com

*Attorneys for Plaintiff*              *Attorneys for Defendant,*
*Payment Systems Worldwide*            *Premier Payments Online, Inc.*

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the above-captioned case shall be, and hereby is, transferred to the United States District Court for the Eastern District of Pennsylvania.

IT IS SO ORDERED.

   Dated:   **August 17, 2011**                **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

2